# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 1:18-cv-03041 |
| ) | |
| v. ) | |
| ) | |
| JOHN PALELLA, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Summary Judgment (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

The Court finds that the undisputed facts mandate summary judgment that Defendant John Palella's unauthorized distribution and reproduction of Malibu Media, LLC's, copyrighted material is copyright infringement as a matter of law under 17 U.S.C. § 501.

Malibu Media, LLC, is granted summary judgment on its claims against John Palella for infringement of the 10 copyrights identified in Exhibits A and B to Malibu Media, LLC's Amended Complaint (the "Works"), as a result of John Palella's downloading and distribution of the Works.

Within 30 days Plaintiff shall submit its motion for entry of judgment regarding the statutory damages, injunction, and attorneys' fees and costs requested in the Amended Complaint.

SO ORDERED this ___ day of _____, 2019.

By: _____
**UNITED STATES DISTRICT JUDGE**