# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Malibu Media, LLC

                              Plaintiff,

v.                                                  Case No.: 1:18–cv–03041
                                                    Honorable John Z. Lee

John Palella, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2019:

    MINUTE entry before the Honorable John Z. Lee:Status and motion hearing held on 10/22/19. Plaintiff's motion for summary judgment [55] is stricken. Plaintiff's renewed motion for summary judgment including a declaration is due by 11/22/19; response due by 1/10/20; reply due by 1/31/20. Plaintiff should mail a copy of the motion to the Defendant. Status hearing set for 2/12/20 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.