## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Malibu Media, LLC

                    Plaintiff,

v.                                      Case No.: 1:18−cv−03041
                                             Honorable John Z. Lee

John Palella, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2020:

        MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 1/23/20. Plaintiff's motion to withdraw as counsel [59] is granted. Mary Schulz and Ellen Douglass are granted leave to withdraw as counsel. Plaintiff is reminded that a corporate entity must be represented by counsel. Plaintiff has until 2/13/20 to retain counsel and file their attorney appearance. If no appearance is filed, the case will be dismissed for want of prosecution. Status hearing set for 2/25/20 at 9:00 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.