# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>JOHN PALELLA, )<br>)<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　) | Civil Action Case No. 1:18-cv-03041 |

## PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY TO THE STATUS HEARING SCHEDULED FOR FEBRUARY 12, 2020 AT 9:00 A.M.

Plaintiff, Malibu Media, LLC ("Plaintiff"), hereby moves for the entry of an order granting Plaintiff's motion to appear telephonically to the Status Hearing on February 12, 2020 at 9:00 AM, and files this memorandum in support.

1.　　This Court's Status Hearing is currently scheduled for February 12, 2020 at 9:00 AM. Plaintiff is located in California, and with the recent withdrawal of trial counsel in this district, the Plaintiff's counsel has expeditiously sought new trial counsel.

2.　　Plaintiff has engaged counsel familiar with the Plaintiff and its copyright enforcement campaign, who is located in Michigan, and has recently been granted permission to appear for the Plaintiff in this district.

3.　　Travel expenses for Plaintiff's counsel to attend the Status Hearing in person would only serve to increase the costs of this matter and create a further impediment to settlement.

4.　　In light of the foregoing, Plaintiff respectfully requests that the Plaintiff's counsel. be granted leave to telephonically appear at the Status Hearing, presently scheduled for February 12, 2020 at 9:00 AM.  Plaintiff's trial counsel has full settlement authority.

5.　　No party will be prejudiced by granting the instant Motion.  The instant Motion is

not being filed for any improper purpose such as undue delay.

6. Plaintiff's counsel contacted pro se Defendant via email on February 7, 2020 and pro se Defendant did not respond as of the filing of this Motion.

WHEREFORE, Plaintiff respectfully requests this Court enter an order permitting the Plaintiff to appear telephonically to the Status Hearing on February 12, 2020 at 9:00 A.M. A proposed order is attached for the Court's convenience.

Dated: February 7, 2020

Respectfully submitted,

By: /s/ *Joel A. Bernier*
Joel A. Bernier, Esp. (P74226)
49139 Schoenherr Road
Shelby Township, MI 48315
Tel: (586) 991-7611
Fax: (586) 991-7612
Email: Bbclawgroup@gmail.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: /s/ *Joel A. Bernier*